**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Randall and Cathy Hickel, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Western Insurance Co. and the | ) | |
| Heirs at Law of James Seybold, deceased, | ) | |
| | ) | Case No. 1:10-cv-080 |
| Defendants. | ) | |

_____

The court convened a status conference with the parties on May 19, 2011. Attorney David Maring appeared on plaintiffs' behalf. Attorney Brenda Blazer appeared on behalf of Defendant Continental Western Insurance Co. James Seybold's heirs at law--Chelsea Seybold and Dylan Seybold--have each retained counsel. Attorneys J. Keith Killian and Nicholas Mayle appeared Chelsea Seybold's behalf. Attorney Donald B. Massey appeared on Dylan Seybold's behalf.

Pursuant to the court's discussion with the parties, Dylan Seybold and Chelsea Seybold shall be added as additional party defendants so that they may separately file their pleadings. In addition, the court's scheduling and discovery order of January 10, 2011, shall be amended as follows:

    3.    The parties shall have until <u>August 1, 2011</u>, to complete fact discovery and to file discovery motions.

    4.    The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

        a.    Plaintiffs shall serve disclosures by <u>July 1, 2011</u>.

        b.    Defendants shall serve disclosures by <u>August 1, 2011</u>.

1

      (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

5.     The parties shall have until <u>September 15, 2011</u>, to complete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 19th day of May, 2011.

                                        <u>/s/ Charles S. Miller, Jr.</u>
                                        Charles S. Miller, Jr.
                                        United States Magistrate Judge