# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Randall and Cathy Hickel, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANTING MOTION TO INTERVENE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Western Insurance Co.; the Heirs at Law of James Seybold, deceased; Chelsea Seybold; and Dylan Seybold, by and through his mother and next best friend, Crystal Seybold, | ) ) ) ) ) ) ) | Case No. 1:10-cv-080 |
| Defendants. | ) | |

On July 21, 2011, Diane Lanoil, as Personal Representative of the Estate of James Stanley Seybold, deceased, filed a Motion to Intervene. There being no objections from any of the parties, the Motion to Intervene (Docket No. 31) is **GRANTED**. Diane Lanoil, as Personal Representative of the Estate of James Stanley Seybold, shall have until August 12, 2011, to file a "Complaint for Declaratory Relief."

**IT IS SO ORDERED.**

Dated this 29th day of July, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court